**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **In the matter of:** | Case No. 09-33682 |
| **HARRIS, LISA GAYL** | |
| | Chapter 7 |
| | |
| | Judge  Lawrence S. Walter |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $6.33 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation For Capital Recovery III LLC/ Verizon 25 SE 2nd Avenue Suite 1120 Miami, FL 33131 | 1 | $2.51 |
| Erie Insurance/Steele Ins. Agency 1990 Fairgrove Avenue Hamilton, OH 45011 | 6 | $2.17 |
| JC Penney P O Box 981402 El Paso, TX 79998 | 9 | $1.65 |

4444444444444444444444444444444444444444444444444444444444444

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $6.33 | $0.00 |

| | |
|---|---|
| Dated: **9/9/2010** | */s/ John Paul Rieser* |
| | John Paul Rieser, Case Trustee |
| | 7925 Graceland St. |
| | Dayton, OH 45459 |
| | Tel: (937)224-4128   Fax: (937)224-3090 |
| | tecfdesk@rieserlaw.com |

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403